IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. C 09-811 CW |
|---|---|
| Plaintiff, | ORDER REGARDING DEFENDANT'S MOTION FOR A JUDICIAL RECOMMENDATION TO THE BUREAU OF PRISONS |
| v. | |
| ALFRED ALAN CRAVEN, | |
| Defendant. | |

Defendant Alfred Alan Craven moves for a judicial recommendation to the Bureau of Prisons (BOP) to consider placing him into a half-way house or home confinement for the final twelve months of his term of imprisonment.

While the BOP has the sole power to designate the place of a prisoner's imprisonment, the court that imposed the sentence may make non-binding recommendations to the BOP regarding the type of facility in which the prisoner is housed. 18 U.S.C. § 3621(b)(4)(B). Further, the Second Chance Act of 2007, 18 U.S.C. § 3624(c), provides that,

> (1) In general. The Director of the Bureau of Prisons shall, to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility.
>
> (2) Home confinement authority. The authority under this subsection may be used to place a prisoner in home confinement for the shorter of 10 percent of the term of imprisonment of that prisoner or 6 months.

<u>See also</u> 28 C.F.R. § 570.21 (time-frames for pre-release community confinement). The Court notes that Defendant's request for a recommendation of twelve months of home confinement exceeds the maximum amount authorized under 18 U.S.C. § 3624(c)(2).

Within fourteen days of the date of this Order, the United States Attorney shall file a response to Defendant's motion, and the United States Probation Office shall file a recommendation in response to Defendant's motion. Defendant's reply, if any, shall be due seven days thereafter. Defendant's motion shall be taken under submission on the papers.

IT IS SO ORDERED.

Dated: 8/10/2012

CLAUDIA WILKEN
United States District Judge